FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  -vs-<br><br>ZACHARY WAYNE JONES,<br><br>          Defendant. | No.   2:16-CR-0091-WFN-1<br><br>ORDER |

Pending before the Court is *pro se* Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 § 2255. ECF No. 101. This is Defendant's second § 2255 Motion. The Ninth Circuit denied Defendant's application for authorization to file a second or successive 28 U.S.C. § 2255. ECF No. 106. The Court has reviewed the file and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 § 2255, filed January 31, 2022, **ECF No. 101**, is **DENIED AS MOOT**.

The District Court Executive is directed to file this Order and provide copies to counsel and *pro se* Defendant **AND** close civil case 2:22-CV-0017-WFN.

**DATED** this 28th day of June, 2022.

06-22-22

                             WM. FREMMING NIELSEN
                       SENIOR UNITED STATES DISTRICT JUDGE

ORDER