FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　-vs-<br><br>ZACHARY WAYNE JONES,<br><br>　　　　　Defendant. | No.　2:16-CR-0091-WFN-1<br><br>ORDER |

　　　Pending before the Court is Defendant's *pro se* Motion to Modify Conditions of Supervised Release. ECF No. 118. Mandatory Condition 3 prohibits Mr. Jones from unlawful use of controlled substances and requires him to submit to three periodic drug tests. ECF No. 53 at 3. Mr. Jones asks the Court to suspend the testing requirement because he has no history of drug use and poses no risk of future substance abuse. ECF No. 118. Significantly, Mr. Jones's Probation Officer believes it is appropriate to suspend the testing requirement. The Government has not responded to Mr. Jones's Motion. The Court has reviewed the file and the Motion and is fully informed. Accordingly,

　　　**IT IS ORDERED** that:

　　　1.　Defendant's *pro se* Motion to Modify Conditions of Supervised Release, filed October 2, 2023, **ECF No. 118**, is **GRANTED.**

　　　2.　The drug testing condition in Mandatory Condition 3 is **SUSPENDED**, based on the Court's determination that Defendant poses a low risk of future substance abuse. The prohibition against unlawful use of controlled substances **REMAINS IN EFFECT.**

　　　3.　All other conditions of Defendant's supervised release **REMAIN IN EFFECT**.

　　　The District Court Executive is directed to file this Order and provide copies to counsel **AND** *pro se* Defendant **AND** United States Probation Officer Christopher Heinen.

ORDER - 1

**DATED** this 18th day of October, 2023.

10-17-23

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2